**Will Moses PALMER, III,
Plaintiff–Appellant,**

v.

**G.R. SALAZAR; E. Sanchez,
Defendants–Appellees.**

**No. 11–17011.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 20, 2012.

Will Moses Palmer, Lancaster, CA, pro se.

Neah Huynh, Deputy Attorney General, AGCA–Office of the California Attorney General, San Francisco, CA, Misha Igra, Esquire, Supervising Deputy Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Will Moses Palmer, III, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging due process violations in connection with a disciplinary hearing. We have jurisdiction under 28 U.S.C. § 1291. We review de novo,

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Palmer failed to raise a genuine dispute of material fact as to whether he was improperly denied procedural protections during his disciplinary hearing. *See Wolff v. McDonnell,* 418 U.S. 539, 556, 564–70, 94 S.Ct. 2963, 41 L.Ed.2d 935 (1974) (describing minimum procedural due process protections in prison disciplinary proceedings and noting that the "full panoply of rights" due a defendant in criminal proceedings does not apply).

The district court did not abuse its discretion in staying discovery pending a ruling on defendants' summary judgment motion. *See Dunn v. Castro,* 621 F.3d 1196, 1199 (9th Cir.2010) ("Qualified immunity confers upon officials a right, not merely to avoid standing trial, but also to avoid the burdens of such pretrial matters as discovery." (citation and internal quotation marks omitted)); *Alaska Cargo Transp., Inc. v. Alaska R.R.,* 5 F.3d 378, 383 (9th Cir.1993) (setting forth standard of review).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.